UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARITY KERSTETTER, | |
| Plaintiff, | CV09-5585FDB |
| vs | |
| REGIONAL ADJUSTMENT BUREAU INC, | MINUTE ORDER |
| Defendant. | |

NOW, on this 26th Day of January, 2010, the Court directs the Clerk to enter the following Minute Order:

Plaintiff's Motion for an Extension of Time to Perfect Service is GRANTED.

Plaintiff shall have until February 21, 2010 to perfect service upon Defendant.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

    **/s/ Pat LeFrois**
Pat LeFrois
Courtroom Deputy